**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ROSIE HEGLER                                                                                                     PLAINTIFF

v.                                              No. 5:10CV00252 JLH

MAINLINE HEALTH SYSTEMS, INC.                                                            DEFENDANT

**ORDER**

Rosie Hegler has filed a motion for voluntary nonsuit in which she asks that her complaint be dismissed without prejudice pursuant to Rule 41(d) of the Federal Rules of Civil Procedure. Counsel for the defendant has notified the Court that the defendant does not object provided that the failure to object will not be construed as a waiver of a claim for costs under Rule 41(d) should the action be refiled. Accordingly, the motion for voluntary nonsuit is GRANTED. Document #16. This action is dismissed without prejudice.

IT IS SO ORDERED this 24th day of May, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE