**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ROSIE HEGLER                                                                                           PLAINTIFF

v.                                          No. 5:10CV00252 JLH

MAINLINE HEALTH SYSTEMS, INC.                                                       DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 24th day of May, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE